## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. M-13-315-P |
| | ) |
| MARSIAL GARCIA, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR TRANSCRIPT OF
## PRELIMINARY HEARING AT GOVERNMENT EXPENSE

COMES NOW Richard E. Stout, undersigned counsel on behalf of Defendant Marsial Garcia, and requests that a transcript of the Preliminary Hearing held on July 22, 2013 be provided to the Defendant at government expense and filed in the case as provided in LCrR 12.2.

It was determined at Mr. Garcia's initial appearance that he is indigent and eligible for counsel and other services under the Criminal Justice Act. The requested transcript is reasonably necessary for counsel to prepare a defense to crimes alleged by the Government.

WHEREFORE, the foregoing premises considered, counsel prays for an Order directing a transcript of the July 22, 2013 Preliminary hearing be provided to Defendant Marsial Garcia at government expense.

Respectfully submitted,

s/Richard E. Stout
Bar Number: 10484
901 S. Bryant, Suite D
Edmond, Oklahoma 73034
Telephone: (405) 341-2222
Fax: (405) 341-2225
ckstout@aol.com
Attorney for Defendant
Marsial Garcia

**Certificate of Service**

    I hereby certify that on August 1, 2013, I electronically transmitted the above document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant: Leslie M. Maye and Virginia L. Hines, Assistant United States Attorneys.

                                            s/Richard E. Stout